Exhibit 2

Claim Chart: 1, 10, 12, 13, 14, 15, 22, 23

| US10620663B2 | OnePlus Open ("The accused product") |
|---|---|
| 1. A portable device comprising: | The accused product is a portable device.<br><br>As shown below, the accused product is a smart mobile phone (e.g., portable device).<br><br>## OnePlus Open<br><br><br><br>https://www.oneplus.com/us/open/specs |

<table>
<tr><td></td><td>



https://www.oneplus.com/us/open

</td></tr>
</table>

| a primary display and a secondary display; | The accused product comprises a primary display (e.g., a first display) and a secondary display (e.g., a second display). <br><br> As shown below, the accused product comprises dual display screens. When a second display screen is opened, a user can access both screens i.e., a first display screen and the second display screen. When the second display screen is closed, the screens are disabled for the user. |
| --- | --- |

# OnePlus Open



https://www.oneplus.com/us/open/specs



https://www.oneplus.com/us/open



https://www.oneplus.com/us/open



https://www.oneplus.com/us/open

| | |
|---|---|
| wherein:<br>the secondary display is physically protected when stowed; | The accused product comprises the secondary display (e.g., a second display) such that the secondary display (e.g., a second display) is physically protected when stowed (e.g., when closed, the second display is protected).<br><br>As shown below, the accused product comprises dual display screens. When a second display screen is opened, a user can access both screens i.e., a first display screen and the |

second display screen. When the second display screen is closed, the second display becomes protected.

# OnePlus Open



https://www.oneplus.com/us/open/specs



https://www.oneplus.com/us/open



https://www.oneplus.com/us/open



https://www.oneplus.com/us/open



https://www.oneplus.com/us/open

| the secondary display runs a second application, while the primary display runs a first application, in at | The accused product comprises the primary display (e.g., a first display) and the secondary display (e.g., a second display) such that the secondary display (e.g., a second display) runs a second application (e.g., a smartphone application), while the primary display (e.g., a first display) runs a first application (e.g., a smartphone application), in at least one of a plurality operating modes (e.g., multiple operating modes to run the display screens). |

| least one of a plurality operating modes; and | As shown below, the accused product comprises dual display screens i.e., a primary display and a second display. It enables operating the display screens in various operating modes such as when the second display closed, disabling of both the display screen, when the second display opened, both the displays running a smartphone application and when the second display opened, the first display is running a first application and the second display is running a second application. |
|---|---|
| |  |
| | https://www.oneplus.com/us/open |



https://www.oneplus.com/us/open



an operating mode

display is protected, when stowed

https://www.oneplus.com/us/open



an operating mode

both the display running camera application

https://www.oneplus.com/us/open

| | |
|---|---|
| |  https://www.oneplus.com/us/open |
| wherein both the primary and secondary displays display information that is viewable by a user of the device during the at least one of a plurality of operating modes; | The accused product comprises the first and second displays such that both the primary and secondary displays (e.g., a first display and a second display) display information (e.g., display content) that is viewable by a user (e.g., a user of the accused product) of the device (e.g., the accused product) during the at least one of a plurality of operating modes (e.g., operating modes). <br><br> As shown below, the accused product comprises dual display screens i.e., a primary display and a second display. It enables operating the display screens in various operating modes such as when the second display closed, disabling of both the display screen, when the second display opened, both the displays running a smartphone application and when the second display opened, the first display is running a first application and the second display is running a second application. <br><br> As shown below, when both the displays are open, the display information at the displays are viewable by the user. |



https://www.oneplus.com/us/open



https://www.oneplus.com/us/open



an operating mode

display is protected, when stowed

https://www.oneplus.com/us/open



an operating mode

both the display running camera application

https://www.oneplus.com/us/open

<table>
<tr><td></td><td>



<https://www.oneplus.com/us/open>

</td></tr>
<tr><td>

wherein:
when the user of the device selects or identifies via an action first information in the primary display, said action causes the secondary display to display second information related to said first information displayed in the primary display; and

</td><td>

The accused product comprises the first and second displays such that when the user of the device (e.g., a user of the accused product) selects or identifies via an action (e.g., a click or touch action) first information (e.g., selection of a desired content to be displayed on the second display) in the primary display (e.g., a first display), said action (e.g., a click or touch action) causes the secondary display (e.g., a second display) to display second information (e.g., displaying of the desired content) related to said first information (e.g., selected display content) displayed in the primary display (e.g., a first display).

As shown below, when the user of the accused product selects a particular content or next upcoming content at the first display, the second display displays the respective or desired content.

</td></tr>
</table>



https://www.oneplus.com/us/open



https://www.pocket-lint.com/how-multitasking-works-on-the-oneplus-open/



https://www.oneplus.com/us/open

| | |
|---|---|
| when the user of the device selects or identifies via an action third information in the secondary display, the action causes the primary display to display fourth information related to the third information displayed in the secondary display. | The accused product comprises the first and second displays such that when the user of the device (e.g., a user of the accused product) selects or identifies via an action (e.g., a click or touch action) third information (e.g., selection of a desired content to be displayed on the first display) in the secondary display (e.g., a second display), the action (e.g., a click or touch action) causes the primary display (e.g., a first display) to display fourth information (e.g., displaying of the desired content) related to the third information (e.g., selected display content) displayed in the secondary display (e.g., a second display).<br><br>As shown below, when the user of the accused product selects a particular content or next upcoming content at the second display, the first display displays the respective or desired content. |



https://www.oneplus.com/us/open



https://www.pocket-lint.com/how-multitasking-works-on-the-oneplus-open/



https://www.oneplus.com/us/open

| 10. The portable device of claim 1 wherein: the secondary display is deployed via a folding hinge mechanism. | The accused product comprises the secondary display such that the secondary display is deployed via a folding hinge mechanism (e.g., hinge mechanism). As shown below, the secondary display gets opened or closed using the hinge mechanism. |
|---|---|



https://www.oneplus.com/us/open

| 12. The portable device of claim 1 wherein: the secondary display is deployed via a rotating mechanism. | The accused product comprises the secondary display is deployed via a rotating mechanism (e.g., rotating mechanism). |
|---|---|

As shown below, the secondary display gets opened or closed using the rotating mechanism.



https://www.oneplus.com/us/open



https://www.oneplus.com/us/open



display is protected, when stowed

https://www.oneplus.com/us/open

| 13. The portable device of claim 1 wherein: the secondary display is approximately the | The accused product discloses the secondary display (e.g., a second display) is approximately the same size as said primary display (e.g., a first display).<br><br>As shown below, the second display is approximately the same size as the first display. |
|---|---|

| | |
|---|---|
| same size as said primary display. | <br>https://www.oneplus.com/us/open |
| 14. The device of claim 1 wherein: the secondary display is approximately coplanar with the primary display when not stowed. | The accused product discloses the secondary display (e.g., a second display) is approximately coplanar with the primary display (e.g., a first display) when not stowed.<br><br>As shown below, the second display is approximately coplanar with the first display when not stowed. |



second display    first display

https://www.oneplus.com/us/open

| 15. The portable device of claim 1 wherein: upon deploying the secondary display, an interface software application is launched, using the secondary display as a graphical user | The accused product discloses that upon deploying the secondary display (e.g., a second display), an interface software application (e.g., display interface software application) is launched, using the secondary display (e.g., a second display) as a graphical user interface (e.g., GUI interface) and the second application (e.g., a second application to display content) is related to the first application (e.g., a control application for the second display).<br><br>As shown below, as the second display is opened from a closed position, the operating system of the accused product initiates the second display and starts the GUI application of the second display. |

| interface; and the second application is related to the first application. |  |
|---|---|



https://www.oneplus.com/us/open



display is protected, when stowed

https://www.oneplus.com/us/open

Also, when the user of the accused product selects a particular content or next upcoming content at the first display, the second display displays the respective or desired content.



controlling display of the secondary display by a user action at the first display

https://www.oneplus.com/us/open

| 22. The portable device of claim 1 wherein:<br>upon deploying the secondary display, an interface software application is launched, using the secondary display as a | The accused product discloses that upon deploying the secondary display (e.g., a second display), an interface software application (e.g., display interface software application) is launched, using the secondary display (e.g., a second display) as a graphical user interface (e.g., GUI interface) and the second application (e.g., a second application to display content) is different from the first application (e.g., a control application for the second display).<br><br>As shown below, as the second display is opened from a closed position, the operating system of the accused product initiates the second display and starts the GUI application of the second display. |

graphical user interface; and the second application is different from the first application.



https://www.oneplus.com/us/open



https://www.oneplus.com/us/open



display is protected, when stowed

https://www.oneplus.com/us/open

Also, when the user of the accused product selects a particular content or next upcoming content at the first display, the second display displays the respective or desired content. As shown, the second application is a content display application and the first application is a control application.



https://www.oneplus.com/us/open

| 23. The portable device of claim 1 wherein: when new information arrives at or in the device, a detail about said new information is displayed on the secondary display. | The accused product discloses when new information (e.g., notification) arrives at or in the device (e.g., the accused product), a detail about said new information (e.g., notification) is displayed (e.g., in portrait mode, notification is displayed at the second display) on the secondary display (e.g., second display).<br><br>As shown below, the accused product displays notification for new information at the top of the second display in the portrait mode. |

## Notification

When a new system notification or app notification is received, the status bar will display the corresponding icon. Pull down the notification panel by swiping down from the top of the application page or anywhere on the home screen.

- You can clear notifications by swiping it right (Some notifications need to be cleared by closing the related app).
- **Long press** a notification to enter the notification settings for that app.
- There are three choices: Turn off notification / set as silent / more settings.

https://service.oneplus.com/content/dam/support/user-manuals/en/
OnePlus_Open_User_Manual_EN.pdf

### Video Enhancement Engine

- **Image sharpener:** Enhance the charity of low-quality images and videos. This will increase battery usage.
- **Video color enhancer:** SDR-to-HDR technology widens the color gamut for a superb visual experience. This will increase battery usage.
- **Bright HDR video mode:** Increase screen brightness when playing HDR videos. This will consume more power and cause your phone to heat up.

- **Auto-rotate:** If enabled, the phone display will automatically rotate as the phone rotates.
- **Auto Screen off:** You can choose the length of time the screen will automatically go off here.
- **Adaptive Sleep**
- **Screen refresh rate:** Standard 60/High 120 Hz.
- **Full screen for apps:** Front camera display by app / Full screen display by app.

https://service.oneplus.com/content/dam/support/user-manuals/en/

[OnePlus_Open_User_Manual_EN.pdf](OnePlus_Open_User_Manual_EN.pdf)

As shown below, the notification at the status bar is displayed at the second display.



[https://service.oneplus.com/content/dam/support/user-manuals/en/OnePlus_Open_User_Manual_EN.pdf](https://service.oneplus.com/content/dam/support/user-manuals/en/OnePlus_Open_User_Manual_EN.pdf)